UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

JOHN R KINTZ AND                                                              Case No. 10-12736
DIANA L. KINTZ                                                                    Chapter 7
                Debtors.

## TRUSTEE′S CLAIM RECOMMENDATION

Please take notice that Trustee is making his recommendation concerning allowance of the following claims. In support of same, the Trustee states:

1. The Trustee has reviewed the claims register for this estate as obtained through PACER Service.

2. The last day to file claims was December 14, 2010.

3. The Trustee's recommendation concerning the allowance of claims is as follows:

*Status Codes:*   U – Unsecured
                        T – Unsecured, tardy-filed
                        P – Priority
                        S – Secured claim, subject to equitable subordination to unsecured claims
                        O – Other, explained below

| Claim No. | Claimant | Account No. | Amount | Status |
|---|---|---|---|---|
| 1 | PHARIA L.L.C. | 4810 | $900.81 | U |
| 2 | Northern Indiana Public Service Company | 0003 | $1,961.07 | U |
| 3 | American Electric Power | 1104 | $247.26 | U |
| 4 | Chase Bank USA, N.A. | 3017 | $9,005.74 | U |
| 5 | Chase Bank USA, N.A. | 4228 | $1,377.35 | U |
| 6 | Rjm Acquisitions Funding LLC | 1547 | $679.70 | U |
| 7 | PHARIA L.L.C. | 9108 | $897.66 | U |
| 8 | PYOD LLC its successors and assigns as assignee of Citibank | 8020 | $2,178.63 | U |
| 9 | City Utilities | 00467510-006/010 | $1,404.14 | U |
| 10 | Advanta Bank Corp in receivership of FDIC | 1449 | $5,500.29 | U |
| 11 | Auto-Owners Insurance Company | 7054 | $471.23 | U |
| 12 | HSBC Bank Nevada, N.A. | 3411 | $788.10 | U |
| 13 | West Receivables Purchasing, LLC | 1361 | $1,898.12 | U |
| 14 | Citibank South Dakota NA | 2613 | $2,073.17 | U |
| 15 | GE Money Bank | 0587 | $384.55 | U |
| 16 | Verizon Wireless | 0562 | $1,171.03 | U |
| 17 | Ft Wayne City Utilities | 1554 | $688.07 | U |
| 18 | Ft Wayne City Utilities | 4468 | $208.56 | U |
| 19 | Ft Wayne City Utilities | 6328 | $252.74 | U |
| 20 | Ft Wayne City Utilities | 0256 | $194.28 | U |
| 21 | PRA Receivables Management, LLC | 4793 | $1,465.50 | U |
| 22 | PRA Receivables Management, LLC | 3242 | $2,956.31 | U |

| Claim No. | Claimant | Account No. | Amount | Status |
|---|---|---|---|---|
| 23 | PRA Receivables Management, LLC | 8374 | $1,068.56 | U |
| 24 | Recovery Two, Inc. | 5758 | $3,311.05 | U |
| 25 | Whitley County Treasurer | N/A | $718.92 | O objection pending |
| 26 | Capital Recovery IV LLC | 0056 | $2,651.85 | U |
| 27 | Fia Card Services, NA/Bank of America | 0413 | $568.97 | U |

Respectfully submitted,

/s/  Mark A. Warsco
Mark A. Warsco, Trustee
ROTHBERG LOGAN & WARSCO LLP
P.O. Box 11647
Fort Wayne, IN 46859-1647
Telephone (260) 469-0256
e-mail address:  bankruptcy@rlwlawfirm.com

CERTIFICATE OF SERVICE

        I hereby certify that a copy of the attached document has been served on the following parties by deposit in the U.S. Mail, postage prepaid or by electronic transmission via ECF system, this 28th day of March, 2011:

| | |
|---|---|
| Jeffrey S. Arnold<br>jsarnold@arnolddebtrelief.com | Office of U.S. Trustee<br>USTPRegion10.SO.ECF@usdoj.gov |
| PHARIA L.L.C.<br>c/o Weinstein and Riley, PS<br>2001 Western Avenue, Ste. 400<br>Seattle, WA 98121 | Northern Indiana Public Service Company<br>Attn: Revenue Recovery<br>801 E. 86th Avenue<br>Merrillville, IN 46410 |
| American Electric Power<br>PO Box 2021<br>Roanoke, VA 24022-2121 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| Rjm Acquisitions Funding LLC<br>575 Underhill Blvd<br>Suite 224<br>Syosset, NY 11791 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 |
| City Utilities<br>1 E Main St, Room 270<br>Fort Wayne, IN 46802 | Advanta Bank Corp in receivership of FDIC<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Auto-Owners Insurance Company<br>PO Box 30660<br>Lansing, MI 48909-8160 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 |
| West Receivables Purchasing, LLC<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Citibank South Dakota NA<br>Payment Center<br>4740 121st St<br>Urbandale, IA 50323 |
| GE Money Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 |
| Ft Wayne City Utilities<br>c/o Snow & Sauerteig<br>203 E Berry St Ste 1310<br>Ft Wayne, In 46802 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 41067<br>Norfolk VA 23541 |

| | |
|---|---|
| Recovery Two, Inc.<br>Perry Law Office, P.C.<br>1010 Memorial Way, Suite 102<br>Fort Wayne, IN 46805 | Whitley County Treasurer<br>220 W. Van Buren, Ste 208<br>Columbia City IN 46725 |
| Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 |

    /s/ Mark A. Warsco
    Mark A. Warsco